The, let me ask if Ms. Mahany has arrived. So we'll call the case of Mahany v. City of Buffalo Police Department and the Erie County District Attorney's Office. I'm sorry, what? I'll ask her, thank you. Good morning. Good morning. Hold on just a second, Ms. Mahany. Let's see, we received a letter. Did you, were you made aware that, I'm sorry, let me just get the right name, that Ms. Parker, who's the first assistant county attorney for the county of Erie, was unable to be here, so she's just submitting her arguments. No. Okay, the plane got canceled and there wasn't one that got her here in time. The other question- Well, if I could drive all night, your honor. Well, and then the other question I have for you is, did you want any rebuttal time? We forgot to ask you whether, so you could give part of your seven minutes, and we're going to cut the, sorry, the City of Buffalo Police Department, that's you, right? Yeah, we're going to take you down to seven as well, since we only have two of you arguing today. All right, do you want to use any of your seven minutes for rebuttal? Yes, please. How many? Two. Two, all right, so you'll start with five minutes now. Thank you. Yes, and we'll hear you. Good afternoon, by now, I guess, and I wanted to thank you for this opportunity. It's taken me a very long time to get here. The first order of business is I wanted to, I would like to ask this court's permission to provide, I have documents and sets of documents for the appellees as well as this court. And I think it's important that the court looks at these. Those documents that were also before the district court in this case. No, well, not all, I mean, no, not really. Then they're not part of the record in this case, so we will not be accepting them. Although in my case- If you would like us to reconsider that, you may file a motion forthwith attaching the documents that were before the district court and ask to have them included. Yes, sir. And it would be as part of the appendix, or a supplemental appendix if they were already before the district court. Yes, sir. The appellees will have an opportunity to oppose that motion if they so choose. Just to note, I was not afforded the majority of the, I have never had access to any of my files. I subpoenaed nine documents once, which would have completely changed everything. And no one in the county or the city would provide me with documentation or access to files or all these entitlements. I have consistently just been deprived across the board of these rights. Anyway, as such, this is a claim under 42 U.S. Code Section 1983, and I'm sure you know the elements of that. And I can establish a claim if given the opportunity, and I know that this matter warrants a trial on the merits. Despite the appellees, and they never go to the heart of the matter, they only, or they never go to the merits. It's all, this is a criminal matter. My children and I were crime victims. And then the appellees and along with somebody else, they just turned it completely around. And it's not even what the appellees are claiming, those laws don't even apply. I don't understand why I called 911 a thousand times and the man was never in jail. And those people, those people, they're all the same and they either have to be incarcerated or they have to be dead because all they do is hurt others, cause irreparable injury to other people. This case is not what it seems. That's what I was, and this is just part of it, I hit my host. Ms. Mahaney, you don't have to tell me anything about this, but have you consulted with an attorney or with legal aid to- I have consulted with everybody and their brother, and you know what it is? The police department in conjunction with the gentleman in the DA's office, and I saw him do it, and my kids even said, what's he doing here, what's he doing here? And the other one, my other son said, hey, look, it's this detective, whatever. And the next day, the law guardian said, he said, I don't know why he called her. He said he was nowhere near that place last night. He was there for like nine hours. It's bad. My situation is a hate crime. And they're trying to minimize it and blame me and see there's like- And what you're doing is you're making a claim that they're not doing, in substance, that they're not doing their job. That's what- I'm just, I don't get it. I mean, most people I know, they call it- Well, your complaint, the things that you are complaining about, which sound certainly very real and certainly threatening. But it appears that those may well be matters that need to be handled within the state system. I've been a threatened. I've been kicked out. We've read your papers and we understand. Yeah, I've been kicked out of every law enforcement agency because the lies they made up about me were so, and these sociopaths are all the same. They make up things that people don't want to have anything to do with you from then on. And honestly, in all honesty, I had everything I wanted out of life. My children, I were thriving. I had four stores. I had my own business. I was buying a second house and maybe a third. My kids were like, that's what I was going to show you. I had pictures of them. Your red light is on, which means that your time right now is up. Before and after, but I'll just keep going and then I won't rebut. Okay, you're going to give up your rebuttal and take- Yes, that would be wonderful. Yes, I've never heard of a case this bad. And if you go into a domestic violence shelter, there's always a sign up. If you report the violence, I'll take your kids and you will never be able to see them again. And I heard that every day, day in, day out, and we were never, and I was a sole legal custodian. They're grown now, but there's so many crimes that have been committed. And the police department and the DA's office are well aware. They've been made well aware. I picketed a national TV and it was on CNN three nights in a row, only because I believe a friend of mine worked at the news desk. They knew. I plastered downtown Buffalo with posters. It was all over the news, blah, blah, blah, blah, blah. I may have made some procedural errors, but they are harmless compared to the fact that the police department and the DA's office annihilated a previous. We could not go out in public without being stopped. And I would have, I raised ten kids, and I know how much work it is. And it would just be myself and the kids, and I know how much work it is. And you are doing a great job. And the day before, social services accused me of all this stuff, and the police made all that stuff up and put it into law enforcement databases, where it remained for like 15 years, and that's not good. You can't get any help like that. I mean, I was working just waitressing, but it was at Colonial Williamsburg. I talked to everybody and their brother about it. I put office on the end of district attorney because, I don't know, I'm tired of this mess. I just want to . . . I wish they could turn back time because it's the least they could do for myself and my kids, but . We are infected. And if you want us to look at those papers you need to file a motion like I told you. Okay and only the papers that went to the District Court. Nothing else. If it didn't go to the District Court, we can't look at it. Of the papers that you wanted to look at, we can only look at the ones that were also in front of the District Court. All right, so sort them out and make sure counsel for the other side, both of them, know. Okay, thanks. Ms. Huggins. Good afternoon, may it please the court. Maeve Huggins, Assistant Corporation Counsel on behalf of the City of Buffalo Police Department. I will keep this brief and not belabor the point. The issues that are raised in appellant's brief are meritless. What is before your court is a District Court's proper grant of a Rule 12 motion to dismiss plaintiff's amended complaint. The Police Department moved on three grounds and I think all three of those grounds are valid. Plaintiff failed to sue a proper party, failed the state of cause of action, and faces statute of limitations problems. I'll begin just briefly, it's settled New York State law that an administrative arm of a municipality does not have a separate legal entity capable of being sued. Here the Police Department, pursuant to the City of Buffalo Charter, is an administrative arm. And by naming that party and that party alone, with regard to the City of Buffalo, a plaintiff has not sued a proper party. With regard to stating a proper cause of action, the amended complaint asserts what are four purported causes of action under 42 U.S.C. 1983. It does not state the actual elements of a 1983 claim, even if you were to infer a proper party was sued. The complaint appears to assert claims via vicarious liability, which is not proper under 1983. Further, there's reference made to specific acts by, or alleged specific acts by employees. Those acts in and of itself that are isolated without allegations of a custom or policy coming from the municipality are insufficient. So I would say on those basis alone, Your Honor, we don't have a viable claim contained within the amended complaint. And finally, there are statute of limitations problems with the complaint as well. The only date referenced in the complaint is July 1st, 2001. The complaint was filed in 2014. There's no allegations that properly assert or allude that tolling would apply here. So for those reasons, the district court properly granted the Rule 12 motion by the city of Buffalo. I would just note that I understand that the appellant here is proceeding pro se and that district courts and this court would review a complaint of that nature under Rule 12 analysis liberally. However, here the appellant is actually an attorney, so she's not afforded that same liberal construction of her pleading. I am happy to answer any questions that the court may have, but I will rely on my papers if there's not anything further. And we request that the district court judgment dismissing the amended complaint be affirmed. I think we have no questions. Thank you very much. Thank you. Thank you both. We'll reserve decision in this matter. And the last case, which is Rodriguez-Urena versus Barr, is on submission. So will the court please adjourn court?